JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| POM WONDERFUL LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>AMERICAN DAIRY QUEEN CORPORATION, a Delaware corporation; ORANGE JULIUS OF AMERICA, a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. CV13-07555 MWF JCx<br><br>**ORDER GRANTING STIPULATED DISMISSAL OF CASE** |

{082939.1}

1 | Based on Plaintiff POM WONDERFUL LLC and Defendants AMERICAN DAIRY QUEEN CORPORATION and ORANGE JULIUS OF AMERICA's Stipulation for Dismissal, it hereby ordered that:

Pursuant to a settlement agreement entered into by the Parties, all claims are dismissed with prejudice, with each party bearing its own fees and costs.

**IT IS SO ORDERED.**

DATED: February 19, 2014     By: _____
                                 The Honorable Michael W. Fitzgerald

{082939.1}

1

ORDER GRANTING STIPULATED DISMISSAL OF CASE